```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | |
|---|---|
| **HENRY JOINER,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-00430-BH-B |
| **CITY OF GREENSBORO, ALABAMA,** *et al.,* | : |
| | : |
| Defendants. | : |
| | : |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 17) made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** this 30th day of October, 2006.

                                                                              s/ W. B. Hand
                                                         SENIOR DISTRICT JUDGE